O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BAEZA, C. BEDFORD, R. D'AMICO, C. CORAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. CV 07-03109 DDP (SHx) <br><br> ORDER GRANTING ORDER TO DISMISS |

Having considered the relevant factors, the court GRANTS Defendant's Motion to Dismiss for Lack of Prosecution (Dkt. No. 46). The court is mindful of counsel's medical issues, Those obstacles notwithstanding, Plaintiffs' delays in prosecution this matter were not reasonable. See F.R.C.P. 41(b). Plaintiffs' Motion to Lift Stay (Dkt. No. 44) is DENIED as moot.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
DEAN D. PREGERSON
United States District Judge